In the matter of the estate of ARTHUR PHILLIPS, deceased.

[Argued October 27th, 1947. Decided January 29th, 1948.]

*Mr. Benjamin M. Ralner* and *Mr. Milford Salny,* for the appellant.

*Messrs. Hannoch & Lasser,* for Arthur Phillips, Jr., and Milton Maybaum.

*Messrs. Bilder, Bilder & Kaufman,* for Nathan Bilder.

*Mr. Samuel Kaufman, Mr. Herbert J. Hannoch, Mr. Aaron Lasser, Mr. Bernard Hellring,* of counsel, for the respondents.

*Mr. H. Kermit Green,* proctor for Helen Phillips Maybaum, Sarah Phillips Green, Thom Phillips, Peter Phillips, Nan Maybaum, Jean Maybaum, H. Kermit Green, Jr., and Frederic P. Green.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein, and reported at *139 N. J. Eq. 257.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, MCLEAN, SCHETTINO, JJ. 13.

*For reversal*—None.